IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | )     **Chapter 7** |
| REBECCA ANN GILBERT, | ) |
| | )     **05 B 51378** |
| Debtor. | ) |
| | ) |
| | )     **Honorable John D. Schwartz** |

## ORDER AND NOTICE

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that on the Court's own Motion, a status hearing will be held in the above referenced case on July 15, 2008 at 10:00 a.m., in Courtroom 719, at 219 South Dearborn Street, Chicago, Illinois. Phillip D. Levey, Trustee, is directed to appear and inform the Court as to when he expects to file a final report in this asset case.

DATED: June 23, 2008

ENTERED:

_____
John D. Schwartz
United States Bankruptcy Judge