# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| GILBERT, REBECCA ANN § | Case No. 05-51378 |
| § | |
| Debtor(s) § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                Kenneth Gardner
                U.S. Bankruptcy Court Clerk
                219 South Dearborn Street- 7th Floor
                Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/30/2012 in Courtroom 613,
                United States Courthouse
                219 South Dearborn Street
                Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: Kenneth S. Gardner _____
                                                                    Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GILBERT, REBECCA ANN | § | Case No. 05-51378 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,441.96 |
| and approved disbursements of | $ | 116.47 |
| leaving a balance on hand of[1] | $ | 9,325.49 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 974.26 | $ 0.00 | $ 974.26 |
| Trustee Expenses: Phillip D. Levey | $ 27.35 | $ 0.00 | $ 27.35 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 2,790.00 | $ 0.00 | $ 2,790.00 |
| Other: International Sureties, Ltd. | $ 5.73 | $ 5.73 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,791.61 |
| Remaining Balance | $ | 5,533.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,533.88 .

      Prepared By: /s/Phillip D. Levey
      Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois
```

In re:                                                          Case No. 05-51378-ABG
Rebecca Ann Gilbert                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dross               Page 1 of 2           Date Rcvd: Apr 03, 2012
                              Form ID: pdf006          Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2012.
```
db           +Rebecca Ann Gilbert,    2118 North Whipple,    Apt # 1,    Chicago, IL 60647-3875
10725511     +Bank One,    800 Brooksedge Blvd,    Westerville OH 43081-2822
10155310    ++++COUNTRYWIDE FUNDING CORP.,    400 NATIONAL WAY,    SIMI VALLEY CA 93065-6414
              (address filed with court: Countrywide Funding Corp.,    400 Countrywide Way,
                Simi Valley, CA 93065)
10155308     +David Chang,   Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60654-5817
10725513     +Leading Edge Recovery Solutions LLC,    8550 W Bryn Mawr,    Suite 350,    Chicago IL 60631-3221
10725514     +MBNA America,    POB 17054,    Wilmington DE 19884-0001
10725515     +USAA SB,    POB 47504,    San Antonio TX 78265-7504
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10155309     +E-mail/Text: BK.Notifications@jpmchase.com Apr 04 2012 01:53:03     Chase Auto Finance,
               AZ1-1196,    201 N. Central Ave., 11th Floor,    Phoenix, AZ 85004-1071
10725512     +E-mail/Text: BK.Notifications@jpmchase.com Apr 04 2012 01:53:03     Chase Manhattan,
               900 Stewart Ave,    Garden City NY 11530-4891
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10155307*    +Rebecca Ann Gilbert,    2118 North Whipple,    Apt # 1,    Chicago, IL 60647-3875
                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 05, 2012**              **Signature:** _Joseph Speetjens_

```
Case 05-51378    Doc 36    Filed 04/03/12    Entered 04/05/12 23:54:23    Desc Imaged
                           Certificate of Notice    Page 6 of 6
```

```
District/off: 0752-1          User: dross               Page 2 of 2              Date Rcvd: Apr 03, 2012
                              Form ID: pdf006           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2012 at the address(es) listed below:
              David   Chang     on behalf of Debtor Rebecca Gilbert dchang@changlegal.com,   chang.carlin@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
              Travis W Thompson    on behalf of Debtor Rebecca Gilbert twt@legalhelpers.com,
               NDILnotices@legalhelpers.com
                                                                                             TOTAL: 4