UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GILBERT, REBECCA ANN | § | Case No. 05-51378 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| REBECCA ANN GILBERT |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 05-51378 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | GILBERT, REBECCA ANN | | | Date Filed (f) or Converted (c): | 10/13/05 (f) |
| | | | | 341(a) Meeting Date: | 12/30/05 |
| For Period Ending: | 03/03/12 | | | Claims Bar Date: | 10/15/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 170.76 | Unknown |
| 2. 1/2 Net Proceeds From Post-Petition Sale of House | 205,000.00 | 26,174.00 | | 9,271.20 | FA |
| 3. LaSalle Checking Account | 1,500.00 | 0.00 | DA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 4. Security Deposit | 600.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD FURNISHINGS | 450.00 | 0.00 | DA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 6. Books, Pictures | 150.00 | 0.00 | DA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 7. WEARING APPAREL | 400.00 | 0.00 | DA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 8. Costume Jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 9. RETIREMENT ACCOUNT | Unknown | 0.00 | DA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 10. 2002 Honda Civic | 7,250.00 | 7,250.00 | DA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $215,600.00 | $33,424.00 | | $9,441.96 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/01/06     Current Projected Date of Final Report (TFR): 08/31/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 16.05d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-51378 -ABG | | Trustee Name: | Phillip D. Levey |
| Case Name: | GILBERT, REBECCA ANN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1741  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4681 | | | |
| For Period Ending: | 06/11/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/27/06 | 2 | Rebecca Gilbert | Real Estate Sale Proceeds Recovery | 1121-000 | 9,271.20 | | 9,271.20 |
| * 05/29/06 | 000101 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA  70130 | | 2300-003 | | 6.95 | 9,264.25 |
| * 05/29/06 | 000101 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA  70130 | VOID<br>Wrong Amount. | 2300-003 | | -6.95 | 9,271.20 |
| 05/31/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.86 | | 9,279.06 |
| 06/30/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.63 | | 9,286.69 |
| 07/31/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.89 | | 9,294.58 |
| 08/31/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.89 | | 9,302.47 |
| 09/29/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.64 | | 9,310.11 |
| 10/31/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.91 | | 9,318.02 |
| 11/30/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.66 | | 9,325.68 |
| 12/29/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.92 | | 9,333.60 |
| 01/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.93 | | 9,341.53 |
| 02/28/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.17 | | 9,348.70 |
| 03/30/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.93 | | 9,356.63 |
| 04/30/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.70 | | 9,364.33 |
| 05/08/07 | 000102 | International Sureties, Ltd.<br>203 Carondelet St.-Suite 500<br>New Orleans, LA  70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 8.94 | 9,355.39 |
| 05/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.95 | | 9,363.34 |
| 06/29/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.69 | | 9,371.03 |
| 07/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.97 | | 9,379.00 |
| 08/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.97 | | 9,386.97 |
| | | | Page Subtotals | | 9,395.91 | 8.94 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 7)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 05-51378 -ABG | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GILBERT, REBECCA ANN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1741 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4681 | | |
| For Period Ending: | 06/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/28/07 | 1 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 5.97 | | 9,392.94 |
| 10/31/07 | 1 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 5.99 | | 9,398.93 |
| 11/30/07 | 1 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 5.02 | | 9,403.95 |
| 12/31/07 | 1 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 4.50 | | 9,408.45 |
| 01/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 3.73 | | 9,412.18 |
| 02/29/08 | 1 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 2.24 | | 9,414.42 |
| 03/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 2.22 | | 9,416.64 |
| 04/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 1.93 | | 9,418.57 |
| 05/09/08 | 000103 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | BOND # 016026455 Term 2/1/08 - 2/1/09 | 2300-000 | | 9.75 | 9,408.82 |
| 05/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.19 | | 9,410.01 |
| 06/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.17 | | 9,411.18 |
| 07/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.20 | | 9,412.38 |
| 08/29/08 | 1 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.19 | | 9,413.57 |
| 09/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.16 | | 9,414.73 |
| 10/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.91 | | 9,415.64 |
| 11/28/08 | 1 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.77 | | 9,416.41 |
| 12/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.47 | | 9,416.88 |
| 01/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,416.96 |
| 02/27/09 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,417.03 |
| 03/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,417.11 |
| 04/19/09 | 000104 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE'S BOND BOND NUMBER 016026455 | 2300-000 | | 14.85 | 9,402.26 |
| 04/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 9,402.47 |
| 05/29/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,402.70 |

Page Subtotals 40.33 24.60

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 05-51378 -ABG | | Trustee Name: | Phillip D. Levey |
| Case Name: | GILBERT, REBECCA ANN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1741 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4681 | | | |
| For Period Ending: | 06/11/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,402.94 |
| 07/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,403.18 |
| 08/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,403.42 |
| 09/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,403.65 |
| 10/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,403.88 |
| 11/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,404.12 |
| 12/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,404.36 |
| 01/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,404.59 |
| 02/26/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.22 | | 9,404.81 |
| 03/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,405.06 |
| 04/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,405.29 |
| 05/28/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,405.53 |
| 05/31/10 | 000105 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 120 NEW ORLEANS, LA 70139 | BLANKET BOND 2/1/10 - 2/1/11 | 2300-000 | | 18.80 | 9,386.73 |
| 06/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,386.96 |
| 07/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,387.19 |
| 08/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,387.44 |
| 09/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,387.67 |
| 10/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,387.90 |
| 11/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,388.14 |
| 12/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,388.38 |
| 01/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,388.62 |
| 02/28/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,388.69 |
| 03/08/11 | 000106 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | 5.73 | 9,382.96 |
| 03/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,383.04 |
| 04/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,383.11 |
| | | | | Page Subtotals | 4.94 | 24.53 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-51378 -ABG | | Trustee Name: | Phillip D. Levey |
| Case Name: | GILBERT, REBECCA ANN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1741  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4681 | | | |
| For Period Ending: | 06/11/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,383.19 |
| 06/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,383.27 |
| 07/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,383.34 |
| 08/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,383.42 |
| 09/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,383.50 |
| 10/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,383.58 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.95 | 9,371.63 |
| 11/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,371.71 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.55 | 9,360.16 |
| 12/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,360.24 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.54 | 9,348.70 |
| 01/31/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,348.78 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.26 | 9,336.52 |
| 02/29/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,336.59 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.10 | 9,325.49 |
| 03/30/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,325.57 |
| 04/30/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,325.65 |
| 05/03/12 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 9,325.66 |
| 05/03/12 | | Transfer to Acct #*******6244 | Final Posting Transfer | 9999-000 | | 9,325.66 | 0.00 |
| | | | | Page Subtotals | 0.95 | 9,384.06 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-51378 -ABG | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | GILBERT, REBECCA ANN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1741 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4681 | | |
| For Period Ending: | 06/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,442.13 | 9,442.13 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 9,325.66 | |
| | | | Subtotal | | 9,442.13 | 116.47 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 9,442.13 | 116.47 | |

Page Subtotals        0.00        0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-51378 -ABG | | Trustee Name: | Phillip D. Levey |
| Case Name: | GILBERT, REBECCA ANN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6244  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4681 | | | |
| For Period Ending: | 06/11/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/03/12 | | Transfer from Acct #*******1741 | Transfer In From MMA Account | 9999-000 | 9,325.66 | | 9,325.66 |
| 05/06/12 | 000101 | PHILLIP D. LEVEY  2722 NORTH RACINE AVENUE  CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 974.30 | 8,351.36 |
| 05/06/12 | 000102 | PHILLIP D. LEVEY  2722 NORTH RACINE AVENUE  CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 27.35 | 8,324.01 |
| 05/06/12 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,790.00 | 5,534.01 |
| 05/06/12 | 000104 | REBECCA ANN GILBERT  2118 NORTH WHIPPLE  APT # 1  CHICAGO, IL 60647-3875 | Surplus Funds | 8200-002 | | 5,534.01 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 9,325.66   9,325.66   0.00 |
| Less: Bank Transfers/CD's | 9,325.66   0.00 |
| Subtotal | 0.00   9,325.66 |
| Less: Payments to Debtors | 5,534.01 |
| Net | 0.00   3,791.65 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********1741) | 9,442.13 | 116.47 | 0.00 |
| Checking Account (Non-Interest Earn - ********6244) | 0.00 | 3,791.65 | 0.00 |
| | 9,442.13 | 3,908.12 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   9,325.66   9,325.66

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7
Exhibit 9

| Case No: | 05-51378 -ABG | Trustee Name: | Phillip D. Levey |
| Case Name: | GILBERT, REBECCA ANN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6244 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4681 | | |
| For Period Ending: | 06/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals          0.00          0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*